# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHANNA CRUZ, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-cv-2515 |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
|     Defendant. | : | |

## O R D E R

**AND NOW,** this 12th day of November, 2019, upon consideration of Ms. Cruz's Brief in Response to Order (Doc. No. 12), it is

**ORDERED**

As follows:

1. This action is **DISMISSED** without prejudice for failure to pay the filing fee. *See* Fed. R. Civ. P. 41(b).

2. The Clerk of Courts shall mark this case **CLOSED** for all purposes including statistics.

                                                    *s/Richard A. Lloret*
                                                    RICHARD A. LLORET
                                                    U.S. Magistrate Judge